FILED

02/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0064

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 22-0064

---

MONTANA ENVIRONMENTAL INFORMATION CENTER, AND SIERRA CLUB.

     Plaintiffs / Appellees,

     v.

MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, MONTANA BOARD OF ENVIRONMENTAL REVIEW,

     Respondent / Appellant,

and

WESTMORELAND ROSEBUD MINING, LLC f/k/a WESTERN ENERGY CO., NATURAL RESOURCE PARTNERS, L.P., INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 400, and NORTHERN CHEYENNE COAL MINERS ASSOCIATION,

     Respondent-Intervenors / Appellants.

---

### *ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF TALEN MONTANA, LLC AS AMICUS CURIAE IN SUPPORT OF APPELLANTS' RULE 22 MOTION*

---

On Appeal from the Sixteenth Judicial District Court, Rosebud County, Montana Cause No. DV 19-34
The Honorable Katherine Bidegaray

IT IS ORDERED that the Motion of Talen Montana, LLC ("Talen Montana"), for leave to file an *amicus curiae* brief in support of Appellants Westmoreland Rosebud Mining, et al.'s Motion for Stay shall be and hereby is GRANTED.

Dated this ___ day of February, 2022.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 22 2022